**DISMISS; and Opinion Filed August 31, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00761-CV

**CITY OF DALLAS, Appellant**
**V.**
**MADELON COHEN, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08541**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Brown

The Court **REINSTATES** the appeal.

On August 21, 2015, we abated the appeal to allow the parties to finalize their settlement agreement. On August 27, 2015, appellant filed a motion to dismiss the appeal stating the parties have settled. Appellant asks that this appeal be dismissed. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ada Brown/

ADA BROWN
JUSTICE

150761F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITY OF DALLAS, Appellant

No. 05-15-00761-CV     V.

MADELON COHEN, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-08541.
Opinion delivered by Justice Brown, Chief Justice Wright and Justice Stoddart participating.

      In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Madelon Cohen recover her costs of this appeal from appellant City of Dallas.

Judgment entered this 31st day of August, 2015.